IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL P. J. IMINSKI | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL NO. 2:19-CV-135 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to dismiss for want of prosecution, Dkt. No. 8. No party has filed objections to the M&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections).

After independently reviewing the record an applicable law, the Court **ADOPTS** the M&R, Dkt. No. 8. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned case. FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) ("A district court may dismiss an action for failure of a plaintiff to prosecute or to comply with any order of court.").

The Court **DIRECTS** the Clerk of Court to close the case.

SIGNED this 26th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge